UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

TONG QI LU,

Petitioner,

v.

KEVIN JOYCE, et al.,

Respondents.

Civil No. 2:26-cv-00041-SDN

## JUDGMENT

In accordance with the Order Granting Petition for Writ of Habeas Corpus entered by U.S. District Judge, Stacey D. Neumann on February 9, 2026;

The Petition for Writ of Habeas Corpus is granted.

JENNIFER P. LYONS,
CLERK

Dated: February 9, 2026

By: /s/ Michelle Thibodeau
Deputy Clerk